DAVID A. HUBBERT
Deputy Assistant Attorney General

CHASE A. BURRELL
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (t)
202-514-4963 (f)
Chase.Burrell@usdoj.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ANNMARIE DELORENZA, ) | |
| ADMINISTRATRIX OF THE DOMENICK ) | |
| PUCILLO ESTATE ) | |
| 4 NOTTINGHAM DRIVE ) | |
| FLORHAM PARK, NJ 07932 ) | |
| ) | |
| Defendant. ) | |

**COMPLAINT**

1.     This action is brought by the United States of America to obtain a

monetary judgment against AnnMarie Delorenza, as administratrix of the Estate of

Domenick Pucillo, for Domenick Pucillo's unpaid federal income tax liabilities for 2007–

2012 in the amount of $5,215,952.36 as of October 31, 2024.

1

2.  This action is authorized and requested by a delegate of the Secretary of the Treasury and is brought at the direction of the Attorney General of the United States. 26 U.S.C. § 7401.

### Jurisdiction and Venue

3.  This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345 and 26 U.S.C § 7402(a).

4.  Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and 1396 because the tax liabilities at issue accrued in this district and because Domenick Pucillo, whose tax liabilities are at issue in this case, resided  in Florham Park, NJ, located in Morris County.

### Parties

5.  The Plaintiff is the United States of America

6.  Domenick Pucillo was the taxpayer against whom the United States assessed federal income tax liabilities for 2007–2012 in the amount of $5,215,952.36 as of October 31, 2024.

7.  Pucillo died on March 16, 2023. Prior to his death, Pucillo resided at 4 Nottingham Drive, Florham Park, NJ 07932.

8.  AnnMarie Delorenza, Pucillo's fiancée at the time of his death, was appointed the administratrix of his estate by the Morris County Surrogate Court on November 20, 2023.  She resides at 4 Nottingham Drive, Florham Park, NJ 07932.

### COUNT I – REDUCE TAX ASSESSMENTS TO JUDGMENT

9.      Pucillo owes unpaid federal income tax, interest, and penalties for the 2007 through 2012 tax years. As alleged below, the liabilities at issue arise from deficiency assessments for each year, plus a balance due on Pucillo's self-reported liability for 2011.

**Pucillo's Tax Returns**

10.      For each year, Pucillo voluntarily filed a Form 1040, U.S. Individual Income Tax Return ("Form 1040"). He filed his 2007, 2008, and 2011 Forms 1040 after their respective due dates. For 2009, 2010, and 2012, Pucillo filed Forms 1040 on or before their respective due dates.

11.      The IRS assessed against Pucillo the tax he reported on his 2007 through 2012 Forms 1040, plus applicable penalties and interest, on the dates and in the amounts shown below:

| Tax Period | Assessment Date | Assessed Tax | Assessed Penalties | Assessed Interest |
|---|---|---|---|---|
| 2007 | 6/8/2009 | $100,974.00 | $4,197.23 (penalty for filing after due date) $1,268.35 (penalty for late payment) | $1,263.34 |
| 2008 | 4/26/2010 | $142,067.00 | $3,648.00 (penalty for not pre-paying) $29,960.32 (penalty for filing after due date) $8,655.20 (penalty for late payment) | $6,241.50 |
| 2009 | 11/22/2010 | $161,922.00 | $3,284 (penalty for not pre-paying) $5,592.54 (penalty for late payment) | $3,451.18 |
| 2010 | 9/30/2013 | $41,752.00 | $860.31 (penalty for not pre-paying) | - |

3

| Tax Period | Assessment Date | Assessed Tax | Assessed Penalties | Assessed Interest |
|---|---|---|---|---|
| 2011 | 10/7/2013 | $38,332.00 | $614.52 (penalty for not pre-paying) $8,624.70 (penalty for filing after due date) $3,449.88 (penalty for late payment) | $1,993.88 |
| 2012 | 9/9/2013 | $16,243 | - | - |

12.     Pucillo has satisfied the assessments against him for the 2007, 2008, 2010, and 2012 tax years that were based on his Forms 1040.

13.     For 2009, the statute of limitations to collect the assessments shown in paragraph 11, above, expired. Thus, the United States does not seek to collect the unpaid balance of the assessments against Pucillo for 2009 that were based on his Form 1040.

14.     Pucillo has not satisfied the assessments against him for 2011 that were based on his Form 1040. The United States seeks to collect the balance of the 2011 assessments, plus the deficiency assessments alleged below.

**The IRS's Examinations of Pucillo's Tax Returns**

15.     The IRS conducted examinations of Pucillo's 2007 through 2009 tax years and 2010 through 2012 tax years.

16.     In the examinations, the IRS determined that Pucillo owed additional tax, plus penalties and interest, for 2007 through 2012. The IRS issued Pucillo notices of deficiency, and Pucillo did not challenge the notices of deficiency in Tax Court. Thus, after the restriction on assessment in 26 U.S.C. § 6213(a) lapsed, the IRS assessed against

4

Pucillo the additional tax, interest, and penalties for 2007 through 2012 that were shown on the notices of deficiency.

17.     A delegate of the Secretary of the Treasury assessed against Pucillo the income tax, penalties, and interest set out in the following table:

| Tax Period | Dates of Assessment | Assessed Tax | Assessed Penalties | Assessed Interest |
|---|---|---|---|---|
| 2007 | 8/13/2012 | $210,689.00 | $49,389.25 (penalty for filing after due date) $42,137.80 (accuracy related penalty) | |
| 2008 | 8/13/2012 | $651,523.00 | $166,210.00 (penalty for filing after due date) $130,304.60 (accuracy related penalty) | |
| 2009 | 8/13/2012 | $247,589.00 | $49,517.80 (accuracy related penalty) | |
| 2010 | 12/14/2015 | $207,758.00 | $49,870.75 (penalty for filing after due date) $41,626.20 (miscellaneous penalty) | $29,341.72 |
| 2011 | 12/14/2015 | $213,006.00 | $53,251.50 (penalty for filing after due date) $42,601.20 (miscellaneous penalty) | |
| 2012 | 12/14/2015 | $314,578.00 | | $30,397.15 |

18.     The assessments were timely because Pucillo consented to extend the statute of limitations for the making of additional assessments for each year. The assessments shown above were made within the extended deadlines to make additional assessments.

19.     A delegate of the Secretary of the Treasury, in accordance with the Internal Revenue laws, gave written notice to Mr. Pucillo of the assessments described in paragraph 17 and demanded payment.

20.     Despite the notices of assessment and demand for payment, Pucillo has refused or neglected to pay the assessed tax liabilities, or the interest and penalties that have accrued. As of October 31, 2024, Pucillo owes the United States the sum of $5,215,952.36 plus fees and statutory additions on them as provided by law.

### This Action Is Timely

21.     The United States generally has ten years from the date of assessment to file suit to collet assessed federal tax liabilities. 26 U.S.C. § 6502. Certain events, however, operate to suspend and extend the statute of limitations on collection.

22.     For example, if a taxpayer submits an offer in compromise, the IRS is prohibited from levying against the taxpayer. And so, the collection statute is suspended for the time the offer is pending, plus thirty days. 26 U.S.C. § 6331(k).

23.     Pucillo submitted two offers in compromise.

24.     The first offer in compromise was for tax years 2007-2009. He submitted the offer in compromise for tax years 2007-2009 on October 21, 2013, and the IRS rejected it on June 21, 2015.  Under 26 U.S.C. § 6331(k)(1), the statute of limitations on collection for tax years 2007-2009 was suspended while Pucillo's first offer in compromise was pending, plus thirty days.

25.     Pucillo submitted a second offer in compromise for tax years 2007-2012 on October 11, 2019. It was accepted January 19, 2021.  Under 26 U.S.C. § 6331(k)(1), the

statute of limitations on collection for tax years 2007-2012 was suspended while Pucillo's second offer in compromise was pending.

26.     Pucillo's second offer in compromise was later terminated.

27.     This action is timely. Although the deficiency assessments for tax years 2007, 2008, and 2009, and the assessment based on Pucillo's tax year 2011 Form 1040 are more than ten years old, the statute of limitations to collect those liabilities was extended by Pucillo's offers in compromise as alleged in paragraphs 24 and 25, above. The United States brought this action within the extended statute of limitations to reduce those assessments to judgment. For the deficiency assessments for tax years 2010, 2011, and 2012, this action is brought within ten years of assessment.

WHEREFORE, the United States of America demands that this Court:

a)     determine and adjudge that defendant AnnMarie Delorenza, solely in her capacity as Administratrix of the Domenick Pucillo Estate, is indebted to the United States in the total amount of $5,215,952.36, plus fees and statutory additions on them as provided by law from October 31, 2024;

b)     grant such other and further relief as is just and proper, including costs of this action.

Dated: December 13, 2024

Of Counsel:                                        Respectfully submitted,

                                                   DAVID A. HUBBERT
                                                   Deputy Assistant Attorney General

                                                   /s/ Chase A. Burrell
                                                   CHASE A. BURRELL

Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (t)
202-514-4963 (f)
Chase.Burrell@usdoj.gov

**DESIGNATION OF AGENT FOR SERVICE UNDER LOCAL CIVIL RULE 101.1(f)**

In accordance with Local Civil Rule 101.1(f), the undersigned hereby designates

the United States Attorney for the District of New Jersey to receive service of all notices

or papers in this action at the following address:

U.S. Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102

Of Counsel:                                        Respectfully submitted,

                                                   DAVID A. HUBBERT
                                                   Deputy Assistant Attorney General

                                                   */s/ Chase A. Burrell*
                                                   CHASE A. BURRELL
                                                   Trial Attorney
                                                   Tax Division
                                                   U.S. Department of Justice
                                                   P.O. Box 14198
                                                   Washington, D.C. 20044
                                                   202-307-0513 (t)
                                                   202-514-4963 (f)
                                                   Chase.Burrell@usdoj.gov

9

**LOCAL CIVIL RULE 11.2 CERTIFICATION**

Pursuant to Local Civil Rule 11.2, I certify that the matter in controversy alleged in the

foregoing Complaint is not the subject of any other action pending in any court, or of

any pending arbitration or administrative proceeding.

*/s/ Chase A. Burrell*
CHASE A. BURRELL
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (t)
202-514-4963 (f)
Chase.Burrell@usdoj.gov
