

**U.S. Department of Justice**

*Trial Attorney: Chase A. Burrell*
*Attorney's Direct Line: 202-514-5915*
*Fax No. 202-514-4963*
*Chase.Burrell@usdoj.gov*

**Tax Division**
*Civil Trial Section, Southern Region*
*P.O. Box 14198*
*Washington, D.C. 20044*

---

**BY ECF**                                              March 4, 2025

The Honorable André M. Espinosa
United States Magistrate Judge
Dr. Martin Luther King Jr. Building & U.S. Courthouse
50 Walnut St.
Newark, NJ 07101

Re:    *United States v. Delorenza*, Case No. 2:24-cv-11128 MEF-AME

Dear Judge Espinosa:

I am the Trial Attorney appearing on behalf of the United States in the above-captioned case, a suit to reduce liabilities to judgment. I respectfully write to request an additional thirty days, from March 13, 2025, to April 14, 2025. I make the request because our attempts at serving Delorenza personally have been unsuccessful. Further, the Government has not had a full 90 days to serve the complaint because the summons was not issued until 18 days after the complaint was filed. The Government continues to work to serve her, or have counsel accept service on her behalf and the additional thirty days will allow the United States to effect service.

This is the Government's first request for an extension of time to serve the complaint.

Thank you very much for considering this matter.

Respectfully Submitted,

*/s/ Chase A. Burrell*
CHASE A. BURRELL
Trial Attorney
Civil Trial Section, Southern Region

17966846.1