Ryan M. Buehler, Esq. (Attorney ID #022822006)
Richard I. Simon, Esq. (Attorney ID #012701974)
**MANDELBAUM BARRETT PC**
3 Becker Farm Road, Suite 105
Roseland, New Jersey 07068
974-736-4600
rbuehler@mblawfirm.com
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:24-CV-11128-MEF-AME |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANNMARIE DELORENZA, | ) | |
| ADMINISTRATRIX OF THE DOMENICK | ) | |
| PUCILLO ESTATE | ) | |
| 4 NOTTINGHAM DRIVE | ) | |
| FLORHAM PARK, NJ 07932, | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant, ANNMARIE DELORENZA, ADMINISTRATRIX OF THE DOMENICK PUCILLO ESTATE 4 NOTTINGHAM DRIVE FLORHAM PARK, NJ 07932, who currently resides in Palm Coast, Florida by way of Answer to the Complaint says:

1.     Paragraph 1 to the Complaint is a statement of Plaintiff's purpose to which no answer is required.

2.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegation set forth in Paragraph 2 to the Complaint and leaves Plaintiff to its proofs.

## Jurisdiction and Venue

3.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 3 to the Complaint and leaves Plaintiff to its proofs.

4.      Without admitting subject matter jurisdiction over the matter, the venue is admitted.

## Parties

5.      Defendant admits the allegations set forth in Paragraph 5 to the Complaint.

6.      Defendant admits that the defendant Dominick Pucillo, deceased, was a taxpayer. Except as admitted, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 6 to the Complaint and leaves Plaintiff to its proofs.

7.      Defendant admits the allegations set forth in Paragraph 7 to the Complaint.

8.      Defendant admits she was appointed as the administratrix of the Estate. Except as admitted, the allegations set forth in Paragraph 8 to the complaint are denied.

## COUNT I

### Reduced Tax Assessments to Judgment

9.      Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 9 and leaves Plaintiff to its proofs.

### Pucillo's Tax Returns

10.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 10 and leaves Plaintiff to its proofs.

11.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 11 and leaves Plaintiff to its proofs.

4929-3322-4507, v. 2                                    2

12.     Defendant asserts that the allegations set forth in Paragraphs 12 to the Complaint constitute admissions by the Plaintiff regarding the referenced assessments and the applicable statute of limitations.

13.     Defendant asserts that the allegations set forth in Paragraphs 13 to the Complaint constitute admissions by the Plaintiff regarding the referenced assessments and the applicable statute of limitations.

14.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 14 and leaves Plaintiff to its proofs.

### The IRS's Examinations of Pucillo's Tax Returns

15.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 15 and leaves Plaintiff to its proofs.

16.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 16 and leaves Plaintiff to its proofs.

17.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 17 and leaves Plaintiff to its proofs.

18.     Defendant asserts that Paragraph 18 calls for a legal conclusion to which Defendant is not required to respond.

19.     Defendant is without sufficient knowledge or information regarding the allegations set forth in Paragraph 19 to the Complaint and leaves Plaintiff to its proofs.

20.     Defendant is without sufficient knowledge or information regarding the allegations set forth in Paragraph 20 to the Complaint and leaves Plaintiff to its proofs.

**This Action is Timely**

21.     Defendant asserts that Paragraph 21 to the Complaint is either a legal conclusion or a statement, not an allegation, and Defendant is not required to respond thereto.

22.     Defendant asserts that Paragraph 22 to the Complaint is either a legal conclusion or a statement, not an allegation, and Defendant is not required to respond thereto.

23.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 23 and leaves Plaintiff to its proofs.

24.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 24 and leaves Plaintiff to its proofs.

25.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 25 and leaves Plaintiff to its proofs.

26.     Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in Paragraph 26 and leaves Plaintiff to its proofs.

27.     Defendant denies the allegation set forth in Paragraph 27 to the Complaint.

**WHEREFORE**, Defendant demands judgment, dismissing the Complaint with prejudice.

**FIRST AFFIRMATIVE DEFENSE**

The claims against Defendant are in whole or in part barred by the applicable statute of limitations.

**SECOND AFFIRMATIVE DEFENSE**

To the extent that Plaintiff asserts the stay of running of the applicable statute of limitations during the period of time replying to an offer and compromise, the Plaintiff was dilatory in the time it took to reasonably and timely respond to the offer of compromise, which bars reliance of the stay of the statute of limitations.

4929-3322-4507, v. 2                                              4

## THIRD AFFIRMATIVE DEFENSE

Plaintiff fails to state a cause of action for which relief can be granted.

**MANDELBAUM BARRETT PC**
*Attorneys for Defendant*
*AnnMarie DeLorenza, Administratrix Of The*
*Domenick Pucillo Estate 4 Nottingham Drive*
*Florham Park, NJ 07932*

By:   */s/Ryan M. Buehler, Esq.*
        RYAN M. BUEHLER, ESQ.

Dated: April 28, 2025

4929-3322-4507, v. 2                    5