IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,   )
           ) Case No. 2:24-cv-11128 (MEF) (AME)
   Plaintiff,      )
           )
   v.         )
           )
ANNMARIE DELORENZA,   )
ADMINISTRATRIX OF THE DOMENICK )
PUCILLO ESTATE     )
4 NOTTINGHAM DRIVE   )
FLORHAM PARK, NJ 07932   )
           )
   Defendant.     )

## CONSENT JUDGMENT AS TO 2007–2012 FEDERAL INCOME TAXES

Upon consent of the undersigned parties, it is hereby:

ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of the

United States against AnnMarie Delorenza, solely in her capacity as administratrix of

the Estate of Domenick Pucillo, for Domenick Pucillo's unpaid federal income tax

liabilities for 2007–2012 in the amount of $5,215,952.36 as of October 31, 2024, less

statutory payments made to date not reflected in the total amount, with statutory

additions and interest accruing after the date as required by law.

IT IS SO ORDERED

Signed this 8th day of September, 2025

_____
MICHAEL E. FARBIARZ
UNITED STATES DISTRICT JUDGE

SEEN AND AGREED:

1

On behalf of the United States

/s/ Chase A. Burrell
CHASE A. BURRELL
Trial Attorney
Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-307-0513 (t)
202-514-4963 (f)
Chase.Burrell@usdoj.gov

On behalf of AnnMarie Delorenza,
Administratrix of the Domenick Pucillo
Estate

/s/ Richard I. Simon
RICHARD I. SIMON
Mandelbaum Barrett PC
3 Becker Farm Road, Suite 105
Roseland, NJ 07068
974-736-4600 (t)
rsimon@mblawfirm.com